**Order filed March 26, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00063-CR
_____

**PRENTICE LESTER DAIGLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause No. 1390244**

## ORDER

After a jury trial, appellant Prentice Lester Daigle was convicted of the offense of murder and sentenced to life in prison on October 16, 2013. His appeal was dismissed because the notice of appeal was untimely filed. *See Daigle v. State*, No. 14-13-01091-CR, 2013 WL 6726843, at *1 (Tex. App.—Houston [14th Dist.] Dec. 19, 2013, no pet.) (mem. op.) (not designated for publication). On November 20, 2019, appellant was granted an out-of-time appeal. *See Ex parte Daigle*, WR-85,417-03, 2019 WL 6139085, at *1 (Tex. Crim. App. Nov. 20, 2019)

(unpublished opinion). Appellant timely filed a notice of appeal on December 17, 2019.

Accordingly, we order the clerk of this court to immediately file the clerk's record in Appeal No. 14-13-01091-CR, filed on on December 12, 2013, into the record of Appeal No. 14-20-00063-CR.

The reporter's record has been filed in this appeal. Appellant's brief is due April 27, 2020.


PER CURIAM


Panel consists of Justices Bourliot, Hassan, and Poissant.